73,204-06

Donald Margraves
TDCJ #1585203
Dalhart Unit
11950 FM 998
Dalhart, Texas 79022

To: Court of Criminal Appeals
P.O. Box 12308
Capitol Station                                    Date: 7/2/2015
Austin, Texas 78711

Re: Tr. Ct. No. 007-0405-09-D/WR-73,204-06

Dear Clerk Acosta,

I filed an application for writ of habeas corpus in this Court that was DISMISSED without written order on 6/3/2015. I then filed an Appeal of the Court's Decision to Dismiss 11.07 Application as Subsequent and Request for Hearing En Banc. I received a 'white card' advising me that that motion was DENIED on 6/23/2015. No paperwork was supplied by the Court telling me why the motion was denied; no Order or any explanation of the reason(s) why the motion was denied. Would you please send me the Court's Order or opinion why the motion was denied, if this is possible. I would like to know why the Court made the decision it made, please. In my motion, I used ONLY case law previously decided by the Honorable Court; precedent case law still referred to today. I don't understand why the Court publishes decisions and opinions about other cases and then doesn't follow those decisions later, as the case in question.

Thank you for any explanation you can provide, whether an Order of the Court or opinion of the Court in my case. Your cooperation will be greatly appreciated as this answer will also help me in filing additional paperwork on my next level. Again, thank you for your assistance in this matter.

Respectfully,

Donald Margraves #1585203

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 10 2015
Abel Acosta, Clerk